United States District Court for the
District of Columbia

FILED
JUN 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR,
SCOTT L. FENSTERMAKER, ESQ., as Next Friend of
ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR,

                Petitioners,

v.

ROBERT M. GATES, SECRETARY OF DEFENSE,
COMMANDER, JOINT TASK FORCE, GTMO,
COMMANDER, PRISON CAMP, GTMO,

                Respondents.

Case: 1:08-cv-01085
Assigned To : Friedman, Paul L.
Assign. Date : 6/24/2008
Description: Habeas Corpus

**PETITION FOR A WRIT OF *HABEAS CORPUS*
PURSUANT TO 28 U.S.C. §2241**

Petitioner, Abdul Rahim Hussein Muhammed Ali Nashir, is a prisoner at the United States Naval Station located at Guantánamo Bay, Cuba. Petitioner Ali Nashir's ISN Number is 10015. Petitioner Scott L. Fenstermaker, Esq. is an attorney in private practice in New York, New York. Petitioner Fenstermaker serves as Next Friend of Petitioner Ali Nashir pursuant to an August 22, 2007 letter appointing Petitioner Fenstermaker as Petitioner Ali Nashir's Next Friend. Petitioners bring this action under section 2241(e) of Title 28 of the United States Code seeking determination of the legality of Petitioner Ali Nashhir's detention.

Petitioner Ali Nashir is not serving a sentence. Petititioner Ali Nashir maintains his innocence of all wrongdoing. Petitioner Ali Nashir has not filed a petition seeking a writ of *habeas corpus* in this, or any other court. Petitioner Ali

1

RECEIVED
JUN 1 ~ 2008
Clerk, U.S. District and
Bankruptcy Courts

Nashir is being held in violation of the Constitution and laws of the United States, as well as the international law of armed conflict. Petitioner Ali Nashir has a Detainee Treatment Act petition pending in the United States Court of Appeals for the District of Columbia Circuit.

In bringing this action, Petitioner does not waive any right that he may otherwise have to any other relief.

Respectfully submitted,

*Scott L. Fenstermaker*

Scott L. Fenstermaker, Esq.[1]
The Law Offices of Scott L. Fenstermaker, P.C.
300 Park Avenue, 17th Floor
New York, New York 10022
212-302-0201
*Attorney for Petitioner and Next Friend of Petitioner*

Dated:   June 16, 2008

---

[1] Pursuant to Local Civil Rule 83.2(g). Motion attached.

2

United States District Court for the
District of Columbia

ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR,
SCOTT L. FENSTERMAKER, ESQ., as Next Friend of
ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR,

Petitioners,                                                                                                08-_____

v.

ROBERT M. GATES, SECRETARY OF DEFENSE,
COMMANDER, JOINT TASK FORCE, GTMO,
COMMANDER, PRISON CAMP, GTMO,

Respondents.

### DECLARATION OF SERVICE

SCOTT L. FENSTERMAKER, ESQ., an attorney at law admitted to practice before the Courts of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeals for the Second Circuit and the District of Columbia Circuit and the United States Supreme Court, being duly sworn, deposes and says:

I served the attached Petition for a Writ of Habeas Corpus, Motion for Waiver of Fees and to File Notice of Appearance Pursuant to Local Civil Rule 83.2(g), June 16, 2008 Declaration of Scott L. Fenstermaker, Esq., Notice of Designation of Related Civil Cases, and Civil Cover sheet on the following by mailing the same, via first class mail, postage paid on June 16, 2008 to the addressees listed below:

1

Hon. Michael B. Mukasey, Esq.
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

Hon. Robert M. Gates
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301

William J. Haynes, II, Esq.
General Counsel
Department of Defense
1600 Defense Pentagon
Washington, DC 20301

Civil Process Desk
Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

Office of the United States Attorney
555 4th Street, NW
Washington, DC 20530

Commander, JTF, GTMO
JTF GTMO SJA
APO AE 09360

Commander, Prison Camp, GTMO
JTF GTMO SJA
APO AE 09360

_____
Scott L. Fenstermaker, Esq.

Dated:      June 16, 2008

2

Case 1:08-cv-01085-UNA    Document 1-2    Filed 06/24/2008    Page 1 of 2

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

08-1085
PLF

**I (a) PLAINTIFFS**
Abdul Rahim Hussein Muhammed Ali Nashir

**DEFENDANTS**
Robert Gates, et al.,

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 99999
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PP)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:08-cv-01085
Assigned To : Friedman, Paul L.
Assign. Date : 6/24/2008
Description: Habeas Corpus

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

O

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 6/23/08   SIGNATURE OF ATTORNEY OF RECORD   NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet These tips coincide with the Roman Numerals on the Cover Sheet

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D C., and 99999 if plaintiff is outside the United States

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint  You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.