Leave to file without Prepayment of Cost **GRANTED**

*Ricardo M. Urbina*
6/26/08

United States District Court for the
District of Columbia

ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR,
SCOTT L. FENSTERMAKER, ESQ., as Next Friend of
ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR,

          Petitioners,

          08 1085

v.

ROBERT M. GATES, SECRETARY OF DEFENSE,
COMMANDER, JOINT TASK FORCE, GTMO,
COMMANDER, PRISON CAMP, GTMO,

          Respondents.

**FILED**
JUN 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MOTION FOR WAIVER OF FEES AND TO FILE
NOTICE OF APPEARANCE PURSUANT TO
LOCAL CIVIL RULE 83.2(g)**

Petitioner, Abdul Rahim Hussein Muhammed Ali Nashir, is a prisoner at the United States Naval Station located at Guantánamo Bay, Cuba. Petitioner Scott L. Fenstermaker, Esq. is an attorney in private practice in New York, New York and serves as Next Friend to Petitioner Ali Nashir pursuant to an August 22, 2007 letter from Petitioner Ali Nashir appointing him as Next Friend. Since in or about September of 2006, Petitioner Ali Nashir has been imprisoned by Respondents at the United States Naval Station at Guantánamo Bay, Cuba as an "enemy combatant." Prior to his detention at Guantánamo Bay, Cuba, Petitioner Ali Nashir was held in the custody and control of the United States Central Intelligence Agency at an undisclosed location or locations. It is unknown how

RECEIVED
JUN 17 2008
Clerk, U.S. District and
Bankruptcy Courts

2

long Petitioner Ali Nashir was held in the custody of the Central Intelligence Agency.

During his imprisonment, Petitioner Ali Nashir has had no opportunity to earn income, has not received any income or property from any source, and is indigent and unable to pay a docketing fee or post a bond in relation to this matter. *See* Declaration of Scott L. Fenstermaker in Support of Motion for Waiver of Fees and to Appear Pursuant to Local Civil Rule 83.2(g) (attached). Petitioner Ali Nashir is currently unemployed and, as result of his detention, is unable to seek employment. Petitioner Ali Nashir does not have a checking or savings account or, if he does, does not have any meaningful access to the funds contained in his account(s) as a result of his status as a detainee at Guantánamo Bay, Cuba. Petitioner Ali Nashir does not own any real estate, stocks, bonds, securities, or other financial instruments, automobiles or anything else of value. Petitioner seeks a waiver of all fees relating to the instant petition.

The undersigned seeks permission to appear as attorney of record for the Petitioner herein pursuant to Local Civil Rule 83.2(g). *See* Declaration of Scott L. Fenstermaker in Support of Motion to for Waiver of Fees and to Appear Pursuant to Local Civil Rule 83.2(g) (attached). The undersigned is representing the Petitioner on a *pro bono* basis. Furthermore, the undersigned has been appointed as Petitioner Ali Nashir's next friend.

Respectfully submitted,

*[signature: Scott L. Fenstermaker]*

Scott L. Fenstermaker, Esq.
The Law Offices of Scott L. Fenstermaker, P.C.
300 Park Avenue, 17th Floor
New York, New York 10022
212-302-0201
*Attorney for Petitioner and as Next Friend of Petitioner*

Dated:    June 16, 2008

United States District Court for the
District of Columbia

ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR,
SCOTT L. FENSTERMAKER, ESQ., as Next Friend of
ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR,

                Petitioners,                      08-_____

    v.

ROBERT M. GATES, SECRETARY OF DEFENSE,
COMMANDER, JOINT TASK FORCE, GTMO,
COMMANDER, PRISON CAMP, GTMO,

                Respondents.

**DECLARATION OF SCOTT L. FENSTERMAKER
IN SUPPORT OF MOTION FOR WAIVER OF
FEES AND TO APPEAR PURSUANT TO LOCAL
CIVIL RULE 83.2(g)**

I, Scott L. Fenstermaker, declare:

1. I am the owner of the Law Offices of Scott L. Fenstermaker, P.C., 300 Park Avenue, 17th Floor, New York, New York 10022. I am a member of the Bar of the State of New York and am admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeals for the Second Circuit and the District of Columbia Circuit, and the United States Supreme Court. I represent, and serve as Next Friend for, Petitioner Ali Nashir and submit this declaration in support of his motion for

waiver of fees in this matter and in support of my application to appear in this matter pursuant to Local Civil Rule 83.2(g).

2. Petitioner Ali Nashir is imprisoned at the United States Naval Station at Guantánamo Bay, Cuba. He has been imprisoned at Guantánamo Bay, Cuba since on or about September of 2006. Prior to that he was held at undisclosed locations throughout the world by the United States Central Intelligence Agency. It is unknown how long he was held by the Central Intelligence Agency.

3. In this action, brought pursuant to 28 U.S.C. §2241(e), Petitioner Ali Nashir seeks a determination that his detention by the United States government is unlawful.

4. I am representing Petitioner Ali Nashir on a *pro bono* basis in this action and have not received compensation of any kind for my representation of Petitioner Ali Nashir.

5. During his imprisonment, Petitioner Ali Nashir has had no opportunity to earn income and has not received any income or property from any source. On information and belief, Petitioner Ali Nashir does not own significant real estate, cash, stocks, securities, automobiles or other investments of any value whatsoever. Petitioner Ali Nashir has not been able to provide support to his dependents, if any, since his imprisonment.

6. In my opinion, Petitioner Ali Nashir is unable to pay docketing or other fees associated with the instant litigation.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2008 in New York, New York.

_____
Scott L. Fenstermaker, Esq.
The Law Offices of Scott L. Fenstermaker, P.C.
300 Park Avenue, 17th Floor
New York, New York 10022
212-302-0201