THE LAW OFFICES OF
**SCOTT L. FENSTERMAKER, P.C.**
300 PARK AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 302-0201
CELL (917) 817-9001
FACSIMILE (212) 302-0327
EMAIL scott@fenstermakerlaw.com
www.fenstermakerlaw.com

OF COUNSEL
LINDA F. FENSTERMAKER, ESQ.

WESTCHESTER OFFICE
BY APPOINTMENT ONLY
50 MAIN STREET
WHITE PLAINS, NEW YORK 10606
TELEPHONE (914) 725-0955

**RECEIVED**
JUL 29 2008
CHAMBERS OF
THOMAS F. HOGAN

July 25, 2008

**VIA ECF AND FIRST CLASS MAIL**

Hon. Thomas F. Hogan
United States District Judge
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

      Re:    *ali-Nashir v. Gates*, 08-cv-1085

Dear Judge Hogan:

      I represent Rahim ali-Nashir, 08-cv-1085 and write at the request of Mr. Matthew Thuesen of your staff to supply a status report in Mr. ali-Nashir's matter. Preliminarily, Mr. ali-Nashir has a duplicate *habeas* petition pending under docket number 08-cv-1207 (RWR). That action was filed by Paul G. Turner, Esq. I have left two voicemail messages with Mr. Turner in an attempt to negotiate a joint status report. Mr. Turner has not returned my messages at this point.[1]

      I have spoken with Mr. Judry Subar, counsel for respondent. Mr. Subar informed me that he was of the understanding that a status report was already filed in both of Mr. ali-Nashir's matters. I informed him of Mr. Thuesen's July 24th request of me to file a status report in this matter and my intention to follow Mr. Thuesen's direction. Mr. Subar explained that he was on the way to a meeting and I gave him Mr. Thuesen's contact information. As a result, Mr. Subar has not contributed input to this letter.

      It is my understanding that Mr. ali-Nashir (who is also known as Mr. al-Nashiri) is still detained at Guantánamo Bay, Cuba. Military commissions' charges against Mr. ali-Nashir were sworn on June 30, 2008, but the convening authority for the military commissions has yet to refer these charges to a military commission. What this means, under the processes of the military commissions, is that the prosecutors have announced their intention to charge Mr. ali-Nashir with war crimes, but the person with the authority to initiate a military commissions proceeding has not done so at this stage.

---

[1] Mr. ali-Nashir's legal representation is currently the subject of a pending motion in the United States Court of Appeals for the District of Columbia Circuit. *See al-Nashiri v. Gates*, 08-1007. I understand that Mr. Thuesen is aware of this motion and the outlines of the dispute.

Honorable Thomas F. Hogan
July 25, 2008
Page 2 of 2

I have never met with Mr. ali-Nashir. The basis of my authority to represent him is two letters I received from him dated October 1, 2007 and August 22, 2007. The October 1, 2007 letter was postmarked on October 29, 2007 and received in my office in early November of 2007. The August 22, 2007 letter, which was heavily redacted, was postmarked January 28, 2008 and received in my office on January 30, 2008. The delay in my receipt of the August 22, 2007 letter, and the subsequent interaction between myself and Mr. Turner, form the basis of the motion practice in the Court of Appeals.

If the Court has any questions, please have a member of its staff contact me at any time.

Respectfully submitted,

**The Law Offices of Scott L. Fenstermaker, Esq.**

By: _/s/ Scott L. Fenstermaker_
Scott L. Fenstermaker, Esq.

cc: Mr. Matthew Thuesen (via e-mail)
Judry L. Subar (via first class mail)
Paul G. Turner, Esq. (via first class mail)